UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JONTELE SWANSON-DEVILL GOODWIN,

    Plaintiff,

v.

UNKNOWN DOUGLASS, et al.,

    Defendants.

_____/

Case No. 2:22-cv-228

Hon. Hala Y. Jarbou

## ORDER

On March 1, 2024, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court deny Defendant Douglass's motion for summary judgment (R&R, ECF No. 21).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 21) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Douglass' Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 17) is **DENIED**.

Dated: March 29, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE